**DISMISS and Opinion Filed December 11, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-19-00436-CV**

**THE JAGO TIMES GROUP PUBLICATIONS, LLC, AND
RAJA A. KHANZADA, Appellants
V.
ANWER CHUGTAI, Appellee**

**On Appeal from the 191st Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-18-09353**

## MEMORANDUM OPINION

Before Justices Molberg, Reichek, and Evans
Opinion by Justice Evans

Before the Court is appellants' "Notice of Voluntary Dismissal by Agreement" informing the Court that the parties have "have resolved their differences and have agreed to nonsuit all claims against each other with prejudice." We construe appellants' notice as a motion to dismiss this appeal. We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/David Evans/
DAVID EVANS
JUSTICE

190436F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

THE JAGO TIMES GROUP
PUBLICATIONS, LLC AND RAJA A.
KHANZADA, Appellants

No. 05-19-00436-CV          V.

ANWER CHUGTAI, Appellee

On Appeal from the 191st Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-18-09353.
Opinion delivered by Justice Evans.
Justices Molberg and Reichek participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Subject to any agreement between the parties, it is **ORDERED** that appellee ANWER
CHUGTAI recover his costs of this appeal from appellants THE JAGO TIMES GROUP
PUBLICATIONS, LLC AND RAJA A. KHANZADA.

Judgment entered December 11, 2019

–2–